EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SANA SHAD,

                            Plaintiffs,        16 CV 06202 (DRH)(AKT)

        -against-                       STIPULATION AND ORDER OF
                                                         DISMISSAL WITH PREJUDICE

NORTHWELL HEALTH, INC. and MARK
FAUTH,

                            Defendants.
-------------------------------------------------------------- X

        IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the undersigned, as follows:

    1.    All claims presented in Case No. 16 cv. 06202 of the Civil Docket and the Complaint therein shall be and hereby are dismissed with prejudice as to all parties; and

    2.    Each party shall bear her or its own costs and attorneys' fees.

Dated: New York, New York                       Dated: New York, New York
          April 25, 2019                                          May 22, 2019

Corey Stark PLLC                                 EPSTEIN BECKER & GREEN, P.C.

By: _____                  By: _____
     Corey Stark, Esq.                                Traycee Ellen Klein, Esq.
110 East 59th Street, 22nd Floor
New York, New York 10022                   250 Park Avenue
Tel: (212) 324-3705                               New York, New York 10177
                                                        Tel: (212) 351-4500

*Attorneys for Plaintiff*                              *Attorneys for Defendants*

SO ORDERED:
/s/ A. Kathleen Tomlinson 5/23/19
_____

The Clerk's Office is directed
to close this case.

Firm:47658682v3